IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNARD BYRD CORNWELL,   No. 2:17-cv-2640-CMK

    Plaintiff,

  vs.   ORDER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____ /

    Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is what appears to be a request for leave to proceed in forma pauperis (Doc. 2). However, the request consists of a blank order; no application was completed or filed.

    Before the court can consider whether to grant a motion for leave to proceed in forma pauperis, a complete application is required. Plaintiff will be provided an opportunity to either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied without prejudice;

2. The Clerk of the Court is directed to provide plaintiff an application for leave to proceed in forma pauperis;

2. Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.

DATED: July 2, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE