IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNARD BYRD CORNWELL, | No. 2:17-cv-2640-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On July 3, 2018, plaintiff was ordered to submit a complete application to proceed in forma pauperis or pay the filing fee. He was provided a blank application to use for this purpose. However, the application received by the court was incomplete, consisting only of a partial unsigned application (Doc. 4).

      As plaintiff was previously informed, before the court can consider whether to grant a motion for leave to proceed in forma pauperis, a *complete* application is required. Plaintiff will be provided one more opportunity to either pay the filing fees for this action or submit a *complete* and *signed* application for leave to proceed in forma pauperis. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action. See Local

1

Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is denied without prejudice;

2. The Clerk of the Court is directed to provide plaintiff an application for leave to proceed in forma pauperis;

2. Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.


DATED: July 17, 2018

                                           *Craig M. Kellison*
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE