# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNARD BYRD CORNWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:17-CV-2640-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 26, 2019, the court directed plaintiff to show cause within 30 days why this action should not be dismissed for failure to file an opening brief. Plaintiff filed a response on April 4, 2019, which the court construes as plaintiff's opening brief. The order to show cause will be discharged.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on March 26, 2019, is discharged;

2. Plaintiff's response, filed on April 4, 2019, is construed as plaintiff's opening brief; and

3. Defendant may file a responding brief within 30 days of the date of this order.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE